# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, Inc., <br>       Plaintiff, <br><br> v. <br><br> GLARE FASHION, et al., <br>       Defendant. | CV 21-7665-DSF (JPRx) <br><br> ORDER TO SHOW CAUSE |

   Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before August 11, 2022. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

   IT IS SO ORDERED.

Date: July 11, 2022

_____
Dale S. Fischer
United States District Judge