JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br>    Plaintiff,<br><br>    v.<br><br>GLARE FASHION, a California Corporation; SHOP Q, INC., a California Corporation; et al.,<br>    Defendants. | CV 21-7665 DSF (JPRx)<br><br>Judgment |

    The Court having granted a motion for default judgment,

    IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Star Fabrics, Inc. and against Shop Q, Inc. in the amount of $30,000 in statutory damages and $2,802.00 for costs and attorneys' fees.

Date: June 6, 2023

                                                                            Dale S. Fischer<br>
                                                                            United States District Judge